**Darris Cordell McQUILLIA,
Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director,
Department of Corrections,
Respondent–Appellee.**

No. 01–7023.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 26, 2001.

Darris Cordell McQuillia, pro se.

Donald Eldridge Jeffrey, III, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Darris Cordell McQuillia seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability, deny McQuillia's motion for a transcript, and dismiss the appeal on the reasoning of the district court. *See McQuillia v. Angelone,* No. CA–01–272–A (E.D.Va. May 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*